IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA

v.  CRIMINAL NOS. 2:18-00050

MARCIA EVANS

### MEMORANDUM OPINION AND ORDER

Pending before the court is defendant's letter form motion requesting early release from her term of supervised release. (ECF No. 52). The court has considered defendant's background, her performance while on supervised release, and the recommendation of the United States Probation Office. The United States Attorney does not object to defendant's motion. The court is of the opinion that this is an appropriate case for early termination of supervised release.

Based on the foregoing, defendant's motion is **GRANTED**. It is therefore **ORDERED** that defendant be released from her term of supervised release effective immediately.

The Clerk is directed to send a copy of this Order to Ms. Evans, counsel of record, to the United States Marshal for the Southern District of West Virginia, and to the Probation Office of this court.

**IT IS SO ORDERED** this 13th day of April, 2021.

ENTER:

David A. Faber
Senior United States District Judge