IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.  CRIMINAL ACTION NO. 2:18-00050

MARCIA EVANS

### MEMORANDUM OPINION AND ORDER

Pending before the court is defendant's motion for release to home confinement.  See ECF No. 44.  Defendant was released from custody shortly after filing her motion.  Therefore, her motion is **DENIED** as moot.

The Clerk is directed to send a copy of this Order to defendant and counsel of record.

It is SO ORDERED this 18th day of April, 2024.

ENTER:

*David A. Faber*
David A. Faber
Senior United States District Judge